# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

Steven Broussard
Broussard & Williamson
1301 Common Street
Lake Charles LA 70601

Soren E. Gisleson
Herman, Herman & Katz
820 O'Keefe Ave.
New Orleans LA 70113

Aaron Broussard
Broussard & Williamson
1301 Common Street
Lake Charles LA 70601

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 15, 2021

## REHEARING ACTION: December 15, 2021

**Docket Number: CW 21-156**
**consolidated with CW 20-376 & CW 20-377 & CA 20-556 & CA 20-557 & CW 21-155**

**PHILMER JOHNSON, JR., ET AL.**
**VERSUS**
**CITY OF WESTLAKE**

**Writ Application from Calcasieu Parish Case No. 2017-5089**

**BEFORE JUDGES:**

**Hon. Billy Howard Ezell**
**Hon. D. Kent Savoie**
**Hon. J. Larry Vidrine**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Daniel L. Moore, et al and Philmer Johnson, et al** has this day

been

**DENIED.**

cc: John Michael Veron, Counsel for the Applicant
    Peyton F. Pawlicki, Counsel for the Applicant
    Lynda Albano Tafaro, Counsel for the Respondent